UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **In:** | ) | |
| Samuel F. Sorbello | ) | No: 15-41161 |
| Debtors | ) | Chapter 7 |

## Motion to convert Chapter 7 to Chapter 13

Come Now debtor(s) by and through Attorney moves this honorable court to convert this Chapter 7 to Chapter 13.

\s\  Dean Meriwether 48336
Dean Meriwether Attorney at Law
3919 Washington Blvd.
St. Louis, MO 63108
(314) 533-4357 office
(314-533-4356 fax
attydeanmeriwether@yahoo.com

**CERTIFICATE OF SERVICES:**  By my signature above it is certified that a copy of the above was served  this **15th**        day of  April 2015  by ECF system and/ or first class mail  to the  following: **E. Rebecca Case** Trustee 7733 Forsyth Blvd. Suite 500 Saint Louis, MO 63105, Samuel F. Sorbello Debtor 9742 Hwy 21,  Hillsboro, MO 63050 and  following creditors:

**15-41161** Samuel F Sorbello

# Creditors

**BANK OF BLOOMSDALE**
BANK OF BLOOMSDALE
PO BOX 100
BLOOMSDALE, MO 63627

(10241357)
(cr)

**CHASE**
PO BOX 15298
WILMINGTON, DE 19850

(10241358)
(cr)

**Chase Manhattan Mortgage**
ATTN: BANKRUPTCY DEPT
3415 VISION DR
COLUMBUS, OH 43219

(10241359)
(cr)

**CHASE/CC**
PO BOX 15298
WILMINGTON, DE 19850

(10241360)
(cr)

**Citibank/The Home Depot**
ATTN: BANKRUPTCY
PO BOX 790328
SAINT LOUIS, MO 63179

(10241361)
(cr)

**Citibank/The Home Depot**
ATTN: BANKRUPTCY
PO BOX 790328
SAINT LOUIS, MO 63179

(10241362)
(cr)

**CITY OF ST. LOUIS COURTS**
10 N. TUCKER BLVD.
Saint Louis, MO 63101

(10241363)
(cr)

**COMMERCE BK**
PO BOX 411036
KANSAS CITY, MO 64141

(10241364)
(cr)

**CONSUMER ADJUSTMENT CO**
12855 TESSON FERRY RD
SAINT LOUIS, MO 63128

(10241365)
(cr)

**EVANS & DIXON**
211 N. BROADWAY
Saint Louis, MO 63102

(10241366)
(cr)

(10241367)

**FIALA SPROUT , AMY L**  (cr)
5214 PERNOD
Saint Louis, MO 63139

**GECRB/ Old Navy**  (10241368)
ATTENTION: GEMB  (cr)
PO BOX 103104
ROSWELL, GA 30076

**GECRB/Lowes**  (10241369)
ATTENTION: BANKRUPTCY DEPARTMENT  (cr)
PO BOX 103104
ROSWELL, GA 30076

**GECRB/Lowes**  (10241370)
ATTENTION: BANKRUPTCY DEPARTMENT  (cr)
PO BOX 103104
ROSWELL, GA 30076

**PNC BANK, N.A.**  (10241371)
1 FINANCIAL PKWY  (cr)
KALAMAZOO, MI 49009

**Springleaf Financial Services**  (10241372)
ATTENTION: BANKRUPTCY DEPARTMENT  (cr)
PO BOX 3251
EVANSVILLE, IN 47731

**SYNCB/MEGA GROUP USA I**  (10241373)
C/O PO BOX 965036  (cr)
ORLANDO, FL 32896

**TD RCS/MAYTAG**  (10241374)
1000 MACARTHUR BLVD  (cr)
MAHWAH, NJ 07430

**US BANK**  (10241375)
4325 17TH AVE S  (cr)
FARGO, ND 58125

**US BANK**  (10241376)
4325 17TH AVE S  (cr)
FARGO, ND 58125

**US BANK HOGAN LOC**  (10241377)
PO BOX 5227  (cr)
CINCINNATI, OH 45201

**VITAL RECOVERY SERVICES**     (10241378)
P.O. BOX 923747                 (cr)
Norcross, GA 30010

---

\s\  Dean Meriwether 48336