UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re                                             )
                                                  )
Samuel F. Sorbello                                )    Case No. 15-41161-705
                                                  )    Chapter 13
                                                  )    Motion 8
                          Debtor.                 )

### ORDER OF CONVERSION FROM CHAPTER 7 TO CHAPTER 13

### TO:  ALL CREDITORS AND PARTIES IN INTEREST

The Matter before the Court is Debtor's Motion to convert his Chapter 7 case to a Chapter 13 Case (the "Motion").  Upon consideration of the relevant law and record,

**IT IS ORDERED** that

1.  Debtor's Motion is **GRANTED**.  This case is converted to a case under Chapter 13 of the Bankruptcy Code, and an order for relief under Chapter 13 is entered as of April 24, 2015.

2.  If not already filed, the Debtor shall file all documents required by Local Rule 1019 for a case being converted from Chapter 7 to Chapter 13 not later than fourteen (14) days from the date of this order.

3.  The Office of the United States Trustee shall appoint a Chapter 13 trustee to serve with blanket surety bond posted pursuant to standing orders of this Court.

4.  The Chapter 7 trustee is discharged from the Chapter 7 trustee's trust and is released from responsibility to maintain a bond in this case.

5.  This case will be reconverted from Chapter 13 to Chapter 7 without further notice or hearing if the Debtor(s) fail to timely:

   a. file the documents required by this Order;
   b. attend the Chapter 13 §341 meeting of creditors;
   c. propose a plan in good faith; **or**
   d. timely commence plan payments.

6.  Any hearing set on any pending motion for relief from the automatic stay or motion to avoid lien is removed from the Court's docket, and the automatic stay will continue in effect until further order of the Court.  Movant shall contact the Courtroom Deputy to obtain a date and time for the continued hearing and give notice thereof to the Debtor, Debtor's counsel, the Chapter 13 trustee, and any other necessary parties.

DATED: April 24, 2015                                  CHARLES E. RENDLEN, III
St. Louis, Missouri 63102                              U.S. Bankruptcy Judge
mtc