UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| SAMUEL F. SORBELLO, | ) | Case 15-41161-399 |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JOHN V. LABARGE, JR., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | re: doc 17 |
| | ) | |
| SAMUEL F. SORBELLO, | ) | |
| | ) | |
| Respondent. | ) | **SCHEDULING ORDER** |

At St. Louis, in this District, this 20TH day of May, 2015. On April 30, 2015, the Movant filed his Motion to Dismiss Case for Failure to Make Plan Payments (doc 17) . On May 18, 2015, the prior Chapter 7 Trustee filed her Responsive Pleading and Requested that the case be re-converted to Chapter 7 as the provision set forth in this Court's April 24, 2015, Order of Conversion that states as follows:

> **This case will be reconverted from Chapter 13 to Chapter 7 without further notice or hearing if the Debtor(s) fails to timely:**
> **a.     file the documents required by this Order;**
> **b.     attend the Chapter 13 §341 meeting of creditors;**
> **c.     propose a plan in good faith; or**
> **d.     timely commence plan payments**

Upon careful review of the record in this case, it is accordingly

**ORDERED** that the Motion to Dismiss Case for Failure to Make Plan Payments (doc 17) be and it is hereby set for hearing on **June 3, 2015, at 10:00 a.m**. in the United States Bankruptcy Court, United States Courthouse, Thomas Eagleton Federal Building, **5th Floor, North Courtroom**, 111 S. 10th Street, St. Louis, Missouri 63102. **No continuances or extensions shall be granted**.

DATED: May 20, 2015

St. Louis, Missouri

*Barry S. Schermer* (signature)

Barry S. Schermer
United States Bankruptcy Judge

amw

Copies Mailed to:

Dean D. Meriwether
Critique Services
3919 Washington Avenue
St. Louis, MO 63108
ATTORNEY FOR DEBTOR

Samuel F Sorbello
9742 Hwy 21
Hillsboro, MO 63050
DEBTOR

E. Rebecca Case
7733 Forsyth Blvd.
Suite 500
Saint Louis, MO 63105
CHAPTER 7 TRUSTEE

John V. LaBarge, Jr
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MAILING MATRIX.