UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                       )
    Samuel Sorbello                    )
                                             )     Case No. 15-41161

DEBTOR RESPONSE TO TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE PLAN PAYMENTS

Comes Now Debtor(s) Samuel F. Sorbello by and through the attorney respond to trustee motion to dismiss for failure to make plan payments, Debtor states as follow:

On May 8, 2015 debtor by and through attorney delivered a payment of $635.00 to the Trustee. Debtor will make timely payment to the trustee.

Therefore Debtors request that Trustee motion to dismiss be denied.

                                            \s\ Dean Meriwether 48336
                                            Dean Meriwether Attorney at Law
                                            3919 Washington Blvd.
                                            St. Louis, MO 63108
                                            (314) 533-4357 office
                                            (314-533-4356 fax
                                            attydeanmeriwether@yahoo.com

**CERTIFICATE OF SERVICES:** By my signature above it is certified that a copy of the above was served this **21st**     day of  May  2015  by ECF system and/ or first class mail  to the  following: **John V. laBarge, Jr. Chapter 13 Trustee P.O. Box 430908 St. Louis, MO 63143**, Samuel F. Sorbello Debtor 9742 Hwy 21,  Hillsboro, MO 63050,  E. Rebecca Case 7733 Forsyth Blvd., Ste. 500 St. Louis, MO 63105.