# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-41161-399 |
| | ) | Judge Barry S. Schermer |
| SAMUEL F. SORBELLO, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | E. Rebecca Case, EDMO #38010MO, |
| | ) | MO Bar #38010 |
| | ) | Stone, Leyton & Gershman |
| | ) | A Professional Corporation |
| | ) | 7733 Forsyth Blvd., Suite 500 |
| | ) | St. Louis, MO 63105 |
| | ) | (314) 721-7011 |
| | ) | (314) 721-8660 (facsimile) |
| | ) | chapter7trustee@stoneleyton.com |

## TRUSTEE'S MOTION FOR APPROVAL OF EMPLOYMENT OF ATTORNEYS

Chapter 7 Trustee E. Rebecca Case pursuant to 11 U.S.C. §§327 and 328 files this Motion for Approval of Employment of Attorneys and in support thereof respectfully states as follows:

1. The Court has jurisdiction in regard to this matter pursuant to 28 U.S.C. §151, §157 and §1334.

2. Debtor Samuel F. Sorbello ("Debtor") filed a Petition for Relief under the provisions of Chapter 7 of Title 11 of the United States Code on February 24, 2015.

3. E. Rebecca Case was appointed Chapter 7 Trustee ("Trustee Case").

4. On April 24, 2015 the Court entered an Order converting the bankruptcy case to Chapter 13.

5. On June 15, 2015 the Court entered an Order re-converting the bankruptcy case to Chapter 7.

6. Chapter 7 Trustee E. Rebecca Case moves the Court to allow her to employ an attorney, Janice R. Valdez, and the law firm of Stone, Leyton & Gershman, A Professional Corporation, to assist Trustee Case in carrying out the Trustee's duties under Title 11 of the United States Code.

7. Trustee Case requires the assistance of counsel in order to assist Trustee in investigating and administering upon Debtor's interest in real property in addition to providing such other advice and assistance on matters which may arise during the administration of this estate.

8. Trustee Case has made careful and diligent inquiry into the qualifications and competence of Janice R. Valdez and the members of the law firm of Stone, Leyton & Gershman, A Professional Corporation.

9. Trustee Case has been advised that Janice R. Valdez has been admitted to practice in the United States District Court for the Eastern District of Missouri and believes that Janice R. Valdez and the law firm of Stone, Leyton & Gershman, A Professional Corporation, are capable of providing proper legal counsel to Trustee Case.

10. The current hourly rate for Janice R. Valdez is $260.00 per hour. These rates will be subject to increase on an annual basis at the beginning of each calendar year.

11. Janice R. Valdez and Stone, Leyton & Gershman, A Professional Corporation, have no connection with any creditor or interested party herein, the United States Trustee or any employee of the United States Trustee, and represent no interest adverse to the estate or to the Debtor.

12. Trustee Case has engaged Janice R. Valdez and the law firm of Stone, Leyton & Gershman, A Professional Corporation, as attorneys for Trustee Case subject to the approval and

confirmation of said employment by the United States Bankruptcy Court.

WHEREFORE, Trustee Case prays that the United States Bankruptcy Court approve and confirm the employment of Janice R. Valdez and the law firm of Stone, Leyton & Gershman, as Counsel for Trustee Case.

Respectfully submitted,

STONE, LEYTON & GERSHMAN,
A Professional Corporation

By: _____
E. Rebecca Case, EDMO #38010MO,
MO Bar #38010
7733 Forsyth Blvd., Suite 500
St. Louis, Missouri 63105
(314) 721-7011
(314) 721-8660 Facsimile
chapter7trustee@stoneleyton.com
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via first class, United States mail, postage prepaid and/or electronic notice on June 16, 2015 to the following:

1. Samuel F. Sorbello                         Debtor
   9742 Hwy 21
   Hillsboro, Missouri 63050

2. Dean D. Meriwether                     Attorney for Debtor
   Critique Services
   3919 Washington Avenue
   St. Louis, Missouri 63108

3. Office of the United States Trustee
   Thomas F. Eagleton Courthouse
   111 South Tenth Street, Suite 6353
   St. Louis, Missouri 63102

/s/ E. Rebecca Case
E. Rebecca Case

4