# UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF MISSOURI

In Re:

| | | |
|---|---|---|
| Samuel F. Sorbello | ) | Case No. 15-41161-399 |
| | ) | Chapter 13 |
| Debtors | ) | Hearing: August 5, 2015 at 10:00 am |
| | ) | Location: 5th Floor – North Courtroom |

### DEBTOR'S MOTION FOR REHEARING

Come Now Debtors, Samuel F. Sorbello, by and through Attorney and moves this court to rehear and vacate the Order and notice of re-conversion dated June 15, 2015.

It was represented that the debtor was not current on his Chapter 13 plan payments at the hearing on June 3, 2015, when in fact the debtor was current. (See Exhibit 1)

WHEREFORE, Debtors pray that motion for rehearing to vacate the Order and notice of re-conversion be Granted this case be allow to proceed as a Chapter 13 Bankruptcy.

\s\ Dean D. Meriwether
Dean D. Meriwether 48336
Attorney At Law
3919 Washington Blvd.
St. Louis, MO 63108
(314) 533-4357  office
(314) 533-4356  fax
attydeanmeriwether@yahoo.com

### CERTIFICATE OF SERVICES:

By my signature below it is certified that a copy of the above was served by ECF system and/or by First Class Mail, this 29th      day of  June 2015 to the assigned John V. LaBarge Jr. Trustee P.O. Box 430908 St. Louis, MO 63143, E. Rebecca Case Trustee 7733 Forsyth Blvd., St. Louis, MO 63105 and Samuel F. Sorbello Debtor 9742 Hwy 21 Hillsboro, MO 63050.

/s/Dean D. Meriwether 48336