UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                     ) Case No. 15-41161-399
    Samuel F. Sorbello              ) Judge Barry S. Schermer
    Debtor.                              ) Chapter 7

## Motion to Set Aside Order and
## Respond out of time to
## Motion to Compel Turnover

Comes Now Debtor(s) Samual F. Sorbello by and through the attorney respond to trustee motion to compel turnover of property of the estate as follow:

1. Pursuant to 28 §151,157, 1334, and local ruler 81-9.01 (b) of the U.S District Court for the Eastern District Missouri Debtor Filed a petition for voluntary Chapter 7 on February 24, 2015.

2. Debtor on April 15, 2015 filed a motion convert his Chapter 7 to Chapter 13. This court entered its Order convert this case to a Chapter 13 on April 24, 2015.

3. On April 30, 2015 the Chapter 13 Trustee filed a Motion to Dismiss Case for failure to make plan payments for March 2015 and April 2015. On May 8, 2015 Debtor delivered a payment of $635.00 to the trustee.

4. On June 15, 2015 the court entered its Order reconverting the case to Chapter 7 and reinstating Trustee Case as Chapter 7 Trustee.

5. Debtor on or about June 29, 2015 filed an amended Schedule A and Schedule B to listed property omitted for schedules.

6. At the meeting of creditors on October 22, 2015 Debtor provided trustee with copies of documents requested by her Motion to Compel.

Wherefore Debtor prays that this court will set aside it Order Compelling turnover and for such other and further relief as the Court deems just and proper.

_48336_

Dean Meriwether Attorney at Law
3919 Washington Blvd.
St. Louis, MO 63108
(314) 533-4357 office
(314-533-4356 fax
attydeanmeriwether@yahoo.com

**CERTIFICATE OF SERVICES:** By my signature above it is certified that a copy of the above was served this **30th** day of October 2015 by ECF system and/ or first class mail to the following: Janice R. Valdez 7733 Forsyth Blvd., Ste 500 St. Louis, MO 63105, Samuel Sorbello 9742 Hwy 21, Hillsboro MO 63050, E. Rebecca Case 7733 Forsyth Blvd. #500 St. Louis, Mo 63105.

Dean Meriwether 48336